In the Matter of TIMOTHY SHOCKOME, Respondent, v YEVGENIA SHOCKOME, Appellant.

Submitted September 15, 2008; decided December 2, 2008

Motion by Justice for Children for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of ROSEMARY TORIOLA, Appellant, v SUPREME COURT STATE OF NEW YORK APPELLATE TERM 2ND AND 11TH JUDICIAL DISTRICTS et al., Respondents.

Submitted November 10, 2008; decided December 2, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const art VI, § 3 [b]; CPLR 5601).